## 27412.  WEST v. WEST.

NICHOLS, Justice. The appeal in this case is from a judgment of the trial court granting the wife, who had been awarded a divorce and alimony, a new trial. The record does not contain any order of court authorizing an immediate review and the judgment is neither a final judgment nor one granting or refusing to grant an application for alimony either temporary or permanent. *Held:*

Under the decisions exemplified by *Fife v. Johnston,* 225 Ga. 447 (169 SE2d 167), absent a certificate of immediate review, the judgment granting a new trial is not an appealable judgment (see also *Holmes v. Holmes,* 227 Ga. 238 (179 SE2d 775)), and this court has no choice but to dismiss the appeal.

*Appeal dismissed. All the Justices concur.*

SUBMITTED SEPTEMBER 12, 1972—DECIDED OCTOBER 23, 1972.

*J. W. Yarbrough,* for appellant.
*Coy H. Temples,* for appellee.